■ CORROON & BLACK CORPORATION, Plaintiff, v COOPERS & LYBRAND, Defendant and Third-Party Plaintiff-Appellant. OLIVER/PILCHER INSURANCE, INC., et al., Third-Party Defendants-Respondents.—Order, Supreme Court, New York County (Carol H. Arber, J.), entered on or about May 16, 1991, unanimously affirmed for the reasons stated by Carol H. Arber, J., with costs. No opinion. Concur—Sullivan, J. P., Milonas, Wallach and Kassal, JJ.